Law Office of
**SHERICK & BLEIER, PLLC**.
Steven P. Sherick
2 E. Congress Street, Suite 1000
Tucson, Arizona 85701
Phone No. (520) 318-3939
Fax No. (520) 318-0201
Email: steve@sherickbleier.com
Attorney No. 006031/52484
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,<br><br>    Plaintiff,<br><br>vs.<br><br>Edgar Antonio Casahonda,<br><br>    Defendant. | Case No. CR17-01904-001-TUC-RM (LCK)<br><br>**MOTION TO CONTINUE<br>TRIAL AND PLEA DEADLINE**<br><br>(12th Overall Request-5th Request by Defendant) |

It is expected that excludable delay under 18 U.S.C. §3161(h)(1)(F) will occur as a result of this Motion or an order based thereon.

This is Defendant's fifth request for a continuance.

The Defendant, EDGAR ANTONIO CASAHONDA, through undersigned counsel, Steven P. Sherick, of Sherick & Bleier, PLLC, hereby moves this Court for an Order continuing the time now set for Trial (April 14, 2020) and for acceptance of a plea (March 27, 2020), for not less than 90 days.

Defendant makes this Motion for the following reasons:

1) Pretrial motions hearings have been scheduled for evidentiary hearings on

March 25 and 26, April 27, 28 and 29. It is anticipated that additional legal briefing may need to occur after conclusion of the evidentiary hearings. Once briefing is completed it is anticipated that the Magistrate Judge will prepare a Report and Recommendation for the District Court's review. Thereafter, counsel would need an opportunity to file any objections he or she may have to the Report and Recommendation before the District Judge's final ruling(s) on the motions.

2) Assistant U.S. Attorney, Angela Woolridge, has been contacted and has stated she has no objection to this request.

3) All other remaining attorneys for other defendants join in this request.

For the foregoing reasons, the Defendant respectfully requests that the dates indicated herein are continued for no less than ninety days.

RESPECTFULLY SUBMITTED this 112th day of March, 2020.

SHERICK & BLEIER, PLLC

/s/ Steven P. Sherick

_____
Steven P. Sherick
Counsel for Defendant

Original of the foregoing filed this date with the Clerk of the U.S. District Court.

A copy of the foregoing delivered electronically this date to:

Angela W Woolridge
U.S. Attorney's Office
405 W. Congress, 4800
Tucson, Arizona 85701

Mark Edward Evans, evanslawtucson@gmail.com
for Jose Rodriguez San Miguel

Kristian H. Salter, kristian.salter@gmail.com
for Jesus De La Cruz Moreno;

SHERICK & BLEIER, PLLC
2 E. Congress Street, Suite 1000
Tucson, Arizona 85701
(520) 318-3939 • FAX (520) 318-0201

1  Ramiro Flores, abogadoflores@msn.com
   for Cesar Ernesto Lorea Rubio;
2
   Homero Torralba, torralbalaw@gmail.com
3  for Francisco Fabian Alexis Romero

4
   Jose Robles, jhrobleslaw@outlook.com
   for Antonio Adrian Nieto Macias
5

6  Peter Byrne Keller, yumacrim1@gmail.com
   for Martin Flores